UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Joanne Richman, | ) | |
| | ) | Civil Action No.: 2:24-cv-01138-BHH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT ROCKBRIDGE CAPITAL,** |
| Rockbridge Capital, LLC d/b/a Emeline, | ) | **LLC D/B/A EMELINE, AND EMELINE'S** |
| and Emeline, | ) | **ANSWERS TO LOCAL CIVIL RULE** |
| | ) | **26.01 (D.S.C.)** |
| Defendants. | ) | **INTERROGATORIES** |
| | ) | |

Pursuant to Local Civil Rule 26.01 (D.S.C.), Defendant RB Historic Charleston, LLC d/b/a Emeline (hereinafter, "Defendant"), the real party in interest, incorrectly named as Rockbridge Capital, LLC d/b/a Emeline, and Emeline submits the following responses to the Court's standard interrogatories:

(A)  State the full name, address and telephone number of all persons or legal entitles who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE**: **None known at this time.**

(B)  As to each claim, state whether it should be tried jury or non-jury and why.

**RESPONSE**: **Plaintiff has requested a jury trial. Defendant likewise requests a trial by jury on all claims so triable.**

(C)  State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the parties; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

    **RESPONSE:  Defendant is a privately held company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

  **RESPONSE: Plaintiff filed this action in the Court of Common Pleas for Charleston County, South Carolina. Plaintiff alleges she is a citizen of South Carolina. Defendant RB Historic Charleston, LLC is a Delaware limited liability company headquartered in Delaware.  Therefore, jurisdiction, based in diversity, is proper in the United States District Court, District of South Carolina, Charleston Division.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption of the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.

  **RESPONSE:  None known to Defendant at this time.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

  **RESPONSE: Defendant is not properly identified in the Complaint. RB Historic Charleston, LLC is the real party in interest in this matter.  Counsel will accept the service of amended summons and pleadings on behalf of RB Historic Charleston, LLC.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

  **RESPONSE: Defendant's investigation into the matter of liability on the part of another person or legal entity is continuing.  Defendant therefore reserves the right to amend this response upon completion of its investigation. At present, however, Defendant does not contend that some other person or legal entity is, in whole or in part, liable to it or Plaintiff.**

(H)   Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**RESPONSE:**  **Plaintiff filed this action in the Court of Common Pleas for Charleston County, South Carolina. Plaintiff alleges she is a citizen of South Carolina. Defendant RB Historic Charleston, LLC is a Delaware limited liability company headquartered in Delaware. Therefore, jurisdiction, based upon diversity, is proper in the United States District Court, District of South Carolina, Charleston Division.**

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

COLLINS & LACY, P.C.

By:   *s/Christian Stegmaier*_____
CHRISTIAN STEGMAIER
Fed. Bar No. 8007
cstegmaier@collinsandlacy.com
ANDREW T. SMITH
Fed, Bar No.: 13814
asmith@collinsandlacy.com

Post Office Box 12487
Columbia, SC 29211
803.256.2660 (voice)
803.771.4484 (fax)

ATTORNEYS FOR DEFENDANT RB
HISTORIC CHARLESTON, LLC

**DEFENDANT ROCKBRIDGE CAPITAL, LLC D/B/A EMELINE, AND EMELINE'S ANSWERS TO LOCAL CIVIL RULE 26.01 (D.S.C.) INTERROGATORIES**

March 5, 2024
Columbia, South Carolina