UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Joanne Richman, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 2:24-cv-01138-BHH |
| v. | ) | |
| | ) | |
| RB Historic Charleston, LLC, d/b/a Emeline, | ) | **RULE 26(f) REPORT** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

     The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____We agree that the schedule set forth in the Conference and Scheduling Order issued is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

 X   We agree that the schedule set forth in the Conference and Scheduling Order issued **March 12, 2024** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use same format as the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____We are unable, after consultation, to agree on a schedule for this case. Therefore, we request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

[SIGNATURE PAGE FOLLOWS]

| | |
|---|---|
| THE MELONAKOS LAW FIRM | COLLINS & LACY, P.C. |
| *s/Ryan P. Alderson* | *s/Andrew T. Smith* |
| RYAN P. ALDERSON | CHRISTIAN STEGMAIER |
| Federal Bar #: 12693 | Federal Bar #: 8007 |
| ryan@scinjuryattorney.com | cstegmaier@collinsandlacy.com |
| MICHAEL A. MELONAKOS | ANDREW T. SMITH |
| Federal Bar #: 11400 | Federal Bar #: 13814 |
| 1310 Augusta Street | asmith@collinsandlacy.com |
| Greenville, SC 29605 | Post Office Box 12487 |
| 864.485.5555 (voice) | Columbia, SC 29211 |
| 864.752.1600 (fax) | 803.256.2660 (voice) |
| | 803.771.4484 (fax) |
| ATTORNEYS FOR PLAINTIFF | |
| | ATTORNEYS FOR DEFENDANT |

April 4, 2024
Columbia, South Carolina